Opinion filed April 26, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed April 26, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00108-CV 

                                                    __________

 

               KAREN
L. MARVEL AND MARY ANN CASEY,
Appellants

 

                                                             V.

 

    MARY ANN
BARRINGER AND VAN TERRELL BARRINGER, Appellees

 



 

                                         On
Appeal from the 258th District Court

                                                          Trinity
 County, Texas

                                                    Trial
Court Cause No. 19206

 



 

                                            M
E M O R A N D U M    O P I N I O N

Karen L. Marvel and Mary Ann Casey have filed in
this court motions to dismiss this appeal. 
In their motions, appellants state that they have settled their dispute
with Mary Ann Barringer and Van Terrell Barringer and no longer desire to
pursue this appeal.  The motions are
granted.

The appeal is dismissed.

 

April 26, 2007                                                                          PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.